UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UCSB, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 00-1345 (RWR) |
| THE REPUBLIC OF UGANDA, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

On April 27, 2001, plaintiff filed a motion for default judgment against defendant Republic of Uganda. The motion, however, failed to provide sufficient proof under 28 U.S.C. § 1608(a)(3) that service had been properly made. In the absence of a receipt signed by the defendant or an explanation for why such a receipt has not been provided, a default judgment will not be issued. Accordingly, it is hereby

ORDERED that the motion to enter default judgment be, and hereby is, DENIED without prejudice.

SIGNED this 25th day of June, 2001.

RICHARD W. ROBERTS
United States District Judge