UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 17 2003

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

UCSB, INC., )
       )
    Plaintiff, )
       )
v. ) Civil Action No. 00-1345 (RWR)
       )
THE REPUBLIC OF UGANDA, )
       )
    Defendant. )
       )

## ORDER AND DEFAULT JUDGMENT

Plaintiff has filed a motion for reconsideration of this Court's September 6, 2002 Order denying without prejudice plaintiff's motion for default judgment. It is hereby

ORDERED that plaintiff's motion for reconsideration be, and hereby is, GRANTED. Upon reconsideration, it is further

ORDERED that plaintiff's motion for default judgment be, and hereby is, GRANTED. Judgment shall enter in the amount of $27,016 plus interest and costs of $338.17. Prejudgment interest shall be at a rate equal to the prime rate in effect on July 17, 1997 and postjudgment interest shall be at a rate equal to the rate of the fifty-two week United States Treasury bills settled immediately prior to the date of judgment.

SIGNED this 14th day of March, 2003.

_____
RICHARD W. ROBERTS
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
                                    )
UCSB, INC.,                         )
                                    )
            Plaintiff,              )
                                    )
      v.                            )    Civil Action No. 00-1345 (RWR)
                                    )
THE REPUBLIC OF UGANDA,             )
                                    )
            Defendant.              )
                                    )
```

FILED
MAR 17 2003
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER AND DEFAULT JUDGMENT

Plaintiff has filed a motion for reconsideration of this Court's September 6, 2002 Order denying without prejudice plaintiff's motion for default judgment. It is hereby

ORDERED that plaintiff's motion for reconsideration be, and hereby is, GRANTED. Upon reconsideration, it is further

ORDERED that plaintiff's motion for default judgment be, and hereby is, GRANTED. Judgment shall enter in the amount of $27,016 plus interest and costs of $338.17. Prejudgment interest shall be at a rate equal to the prime rate in effect on July 17, 1997 and postjudgment interest shall be at a rate equal to the rate of the fifty-two week United States Treasury bills settled immediately prior to the date of judgment.

SIGNED this 14th day of March, 2003.

                                                            RICHARD W. ROBERTS
                                                            United States District Judge